___FILED ___ENTERED
___LODGED ___RECEIVED

**DEC 3 0 2008**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

08-CV-01344-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAPIR MOSES,<br><br>          Petitioner,<br><br>     v.<br><br>A. NEIL CLARK,<br><br>          Respondent. | CASE NO. C08-1344-JLR-JPD<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

(1)  The Court adopts the Report and Recommendation;

(2)  Petitioner's § 2241 petition is DISMISSED without prejudice; and

(3)  The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this  30th  day of  December ,_____.

JAMES L. ROBART
United States District Judge

ORDER